INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

**FILED**
01/12/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Plaintiff(s): ROBERT E. PACE

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): 475 L'Enfant Plaza SW, WASHINGTON, D.C. 20260-0004, THE UNITED STATES POSTAL SERVICE

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:21-cv-98-SEB-MJD
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

I. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____
_____
_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

HATE CRIMES DUE TO DISABILITY, NEGLECT IN REMISS & AMISS NATURE OF WORK DUTY, PROFESSIONAL NEGLECT, FALSE ADVERTISING, CRUEL & UNUSUAL PUNISHMENT & ~~EMOTION~~ EMOTIONAL ABUSE, MENTAL ABUSE (REF↑)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

USPS EMPLOYEES FROM START OF VISIT TO CLEVELAND, HTS, OHIO POST OFFICE LOCATION WERE EMPLOYED & IN SERVICE UNDER CONTRACT AS A FEDERAL EMPLOYEE, SERVICES OBTAINED & OBCURED, BREACH OF DUTY, FALSE ADVERTISEMENT, NEGLECT, CRIMES OF HATE & CRUEL & UNUSUAL PUNISHMENT WERE COMMITTED WITH EMOTIONAL & MENTAL ABUSE THROUGH TO LAST EMAIL & PHONE & USPS CERTIFIED MAIL CONTACT. FILE #'S GIVEN AFTER SUBMISSION OF → (NEXT PAGE)

Page 2 of 6

COMPLAINTS & EVIDENCES IN PICTURE & WRITTEN FORM, I HAVE BEEN GIVEN THE NEGLECT TREATMENT & BEEN MANIPULATED TO ADDRESS SITUATION OVER AND OVER VERBALLY AND I WRITTEN FORMS MULTIPLE TIMES TO DIFFERENT & SEPARATE DEPARTMENTS AS WELL AS THE SAME PERSONS. THE JOKING MANNER OF THE CLAIMS EMPLOYEES, SUPERVISORS, CLERKS INSIDE THE POST OFFICE LOCATION, BY PHONE & BY WRITTEN & NON COMPLIANCE TO ANSWER/CORESPOND & AVOID/NEGLECT COMMUNICATION BRINGS MY PURSUIT FOR SUE. TO THE ENTIRE ROUTE OF HANDLERS OF MAIL, THE POST OFFICES, THE ENTIRE ORG. & SERVICE FROM START TO PURSUIT TO FILE.

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ROBERT E. PAGE
Address: 1813 SOUTH CLARK ST. #19
City: MUNCIE  State: IN  Zip Co: 47302
County: DELEWARE / UNITED STATES OF AMERICA
Telephone Number: (412) 680 3907
E-Mail Address: newlegalconfirm@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: THE UNITED STATES POSTAL SERVICE / THE UNITED STATES POST OFFICE
Job or Title (if known):
Address:
City: — State: — Zip Code: —
County: CUYAHOGA COUNTY / USA
Telephone Number: 1800 275 8777
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

Page 3 of 6

**Defendant No. 2**
Name: THE UNITED STATES POSTAL SERVICE/ THE UNITED STATES POST OFFICE
Job or Title (if known): DOMESTIC CLAIMS, ACCT. SERVICES
Address: PO BOX 80143
City: ST. LOUIS  State: MO  Zip code: 63180
County: ST. LOUIS CITY / USA
Telephone Number: 1 800 275 8747 / 1 866 974 2733
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

**Defendant No. 3**
Name: THE UNITED STATES POSTAL SERVICE/ THE UNITED STATES POST OFFICE
Job or Title (if known):
Address:
City:  State:  Zip Code:
County: GENESEE COUNTY / USA
Telephone Number: 1 800 275 8777
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

WHILE WAS TRAVELING FROM CLEVELAND TO MY PRESENT ADDRESS FIRST COMPLAINT WRITTEN TO CUSTOMER SUPPORT I WAS IN CLEVELAND OHIO END OF MAY 2020 / BEGINNING OF JUNE 2020

B. What date and approximate time did the events giving rise to your claim(s) occur?

FROM 5/2020 TO 12/2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

ALL FACTS CAN BE PRESENTED IN FILE 11468720 FOR REGISTERED MAIL RE 281485 418 US OF USPS CLAIMS DEPARTMENT #'s 7073419 FILING OF USPS NUMEROUS INC #'s FROM CLAIMS DEPARTMENT OF USPS NUMEROUS COMPLAINTS ASSOCIATED WITH MY NAME / PHONE AND EMAIL WITH CUSTOMER SERVICE / CUSTOMER SUPPORT WITH USPS.
EMAILS RECEIVED FROM AND SENT TO FICTITIOUS USPS DEPARTMENTS GIVEN FOR ME TO WRITE COMPLAINTS TO SUCH AS PANORAMA, ECCA DUSSER & FAST @ USPS.GOV WITH NO RESPONSES OF EMAILS
PICTURES, SCREENSHOTS OF RECEIPTS, PHONE CALL TIMES, WAITS, HANG UPS & DATES,
PICTURES OF PACKAGE RECEIVED BY RECIPIENT OF BOX THAT WAS TAPED AGAIN WITH BROWN NON USPS TAPE AT SEAMS. BOX LOOKS RUGGED AND TORN.
PICTURES OF BEFORE SHIPMENT & AFTER SHIPMENT OF ARTICLE INSIDE OF PACKAGE. THE PICTURE IS DIFFERENT FROM ORIGINAL.
NO HANDLERS OF PACKAGE WAS SIGNED FOR AT EACH LOCATION & PERSON AS ADVERTISED BY CLERK AT CLEVELAND, HTS. LOCATION / POST OFFICE LOCATION.
RECEIPTS OF CLERK MISTAKE PUTTING INCORRECT AMOUNT OF INSURANCE. CLERK MADE STATEMENTS THAT WERE STRANGE AND UNORDINARY & LATER CONTINUES THE THREATS (OVER)

Page 5 of 6

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

FINANCIAL, MENTAL, EMOTIONAL & PHYSICAL
FINANCIAL - DUE TO SET BACK OF CORRECT DISTRIBUTION FOR SALE IN FRAME WORKS OF ENTERTAINMENT COPYRIGHT INFRINGEMENT CONCERNS/ISSUES
MENTAL & EMOTIONAL ABUSE BROUGHT STRESS AND DOUBT OF ABILITY, ANGER WITH LIFE, SITUATION, USPS EMPLOYEES & COMMON PEOPLE
PHYSICAL - THE CONSTANT ON THE GO OF BACK AND FORTH TO THE POST OFFICES DURING TRAVELS, BACK & FORTH TO PRINTING & TYPING OF PAPERS TO BE SUBMITTED BROUGHT A PHYSICAL FOOT CARE ISSUE I HAD TO GO TO ER & RECEIVE MEDS.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

DAMAGES OF 20,000.00 FOR MENTAL & EMOTIONAL ABUSE & FINANCIAL SET BACK
AN APOLOGY LETTER/POST CARD THAT WAS ASKED BUT NEVER RECEIVED FOR THIS LITERARY ART BEING LOST/STOLEN. I ASKED FOR A LETTER/POST CARD ACKNOWLEDGEMENT. I RECEIVED ONE BEFORE FROM A PREVIOUS MEDIA ART/MUSIC ART THAT WAS LOST/STOLEN IN SPEEDWAY, IN. 2005/2006. THAT MUSIC ART WAS RECOGNIZABLE ON A DISNEY PRODUCT COMMERCIAL LATER. I DO NOT WANT TO MISS OUT ON MY RELEASE OF ART ANYMORE.

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/8/2021

Signature of Plaintiff: Robert E. Pace
Printed Name of Plaintiff: ROBERT E. PACE